**Dismissed and Memorandum Opinion filed March 24, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00414-CV

**SHAWNA K. MILNE, Appellant**

**V.**

**KOOROSH OLYAIE, Appellee**

**On Appeal from County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1045855**

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 19, 2014. The clerk's record was filed June 26, 2014. No reporter's record was taken. No brief was filed.

On January 27, 2015, this court issued an order stating that unless appellant submitted a brief on or before February 26, 2015, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Donovan and Wise.